IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41055
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

UVALDO VELA-RIOS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-91-CR-304-1
- - - - - - - - - -
July 13, 2001

Before JOLLY, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Uvaldo
Vela-Rios (Vela) has requested leave to withdraw as counsel and
has filed a brief as required by *Anders v. California*, 386 U.S.
738 (1967). Vela has received a copy of counsel's motion and
brief but has not filed a response. Our independent review of
the brief and the record discloses no nonfrivolous issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities, and the appeal
is DISMISSED. *See* 5th Cir. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.